IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD G. TITUS, | ) |
| Plaintiff, | ) ) ) |
| V. | ) Civil No. **07-614-MJR** |
| DONALD HULICK, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is the defendants' motion to compel plaintiff to respond to their interrogatories and requests for production propounded on or about June 29, 2010. **(Doc. 70.)** Defendants' discovery requests are aimed at information and documentation of plaintiff's efforts to exhaust administrative remedies. Plaintiff has not responded to the subject motion, but the Court observes that the previous Magistrate Judge assigned to this case held a hearing regarding the exhaustion issue, and that issue has been decided by U.S. District Judge Michael J. Reagan. Thus, this Court perceives that the issue is likely moot.

**IT IS THEREFORE ORDERED** that, for good cause shown, the defendants' motion to compel **(Doc. 70)** is **GRANTED**. If plaintiff has not already done so, on or before **November 1, 2010**, plaintiff shall respond to the defendants' interrogatories and requests for production.

**IT IS SO ORDERED.**

DATED:  October 20, 2010

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**